IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

KALIM A. R. MUHAMMAD,

    Plaintiff,

v.                                      Case No.  2:14cv592-MW

BRENDA L. BETHEL MUHAMMAD,
et al.,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 31, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 32.  Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to comply with an order of the Court and for lack of subject matter jurisdiction.  Any outstanding motions are **DENIED.**"  The Clerk

1

shall close the file.

**SO ORDERED on November 5, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
